IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JIMMY ASHLEY**                                                                                    **PLAINTIFF**

v.                                  No. 3:12-cv-271-DPM

**ASIA CUISINE PARAGOULD, INC.**                                          **DEFENDANT**

## JUDGMENT

Ashley's complaint is dismissed with prejudice pursuant to the parties' joint stipulation of dismissal, № 8.

_____
D.P. Marshall Jr.
United States District Judge

28 August 2013